UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In Re:                                              Case No. 18-13584
                                                    Honorable Timothy A. Barnes
Yolanda M. Williams                                 Chapter 13

### ORDER ALLOWING ATTORNEY FEES

At Chicago, Illinois, this 11th day of August 2018, before the Honorable Timothy A. Barnes, Bankruptcy Judge, in the said District and Division.

This matter coming on for hearing upon the objection of Rally Motor Credit, to confirmation of the Debtors' Chapter 13 Plan, due notice being served on the parties in interest; the Court having jurisdiction and being fully advised in the premises;

NOW, THEREFORE, IT IS HEREBY ORDERED that Rally Motor Credit shall be allowed attorney fees in the amount of $500.00 pursuant to Illinois State law, the retail installment contract dated April 19, 2016, for the 2013 Chevrolet Malibu, VIN: 1G11B5SASDF233806 and in compliance with Rule 2016(a) of the Federal Rules of Bankruptcy Procedure without further notice of hearing. That this order shall act to amend Rally Motor Credit 's proof of claim to add the allowed attorney fees of $500.00 for a total secured claim of $16,122.32 for Rally Motor Credit.

DATE: 30 AUG 2018

ENTER:

Bankruptcy Judge

/s/ James M. Philbrick
James M. Philbrick
Attorney No. 6244743
Law Offices of James M. Philbrick P.C.
P.O. Box 351
Mundelein, Illinois  60060
847/949-5290
Fax: 847/949-5690